**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **DATREC, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:20-CV-1107** |
| **v.** | ) | |
| | ) | |
| **eCLINICAL WORKS, INC.** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

DatRec, LLC ("DatRec") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 8,156,158 ("the '158 patent") (referred to as the "Patent-in-Suit") by eClinical Works, Inc.

## I.      THE PARTIES

1.  Plaintiff DatRec is a Texas Limited Liability Company with its principal place of business located in Harris County, Texas.

2.  On information and belief, eClinical Works, Inc. ("eClinical") is a corporation existing under the laws of the State of Texas, with a principal place of business located at 9606 N Mopac Expy #100, Austin, TX 78759. On information and belief, eClinical sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and this judicial district. Defendant may be served with process through their registered agent, Liz Wallace, 9606 N. Mopac Expwy, Austin, TX 78759.

## II.      JURISDICTION AND VENUE

3.   This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4.   This Court also has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. § 1332(a)(1) because Defendabnt is a corporation organized under the laws of the State of Delaware with a principal, physical place of business at 9606 N Mopac Expy #100, Austin, TX 78759.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.   This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Texas and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this judicial district.

6.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b).  Defendant has committed acts of infringement and has a regular and established place of business in this District.  Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas and this District.

## III.     INFRINGEMENT

### A.  Infringement of the '158 Patent

7.   On April 10, 2012, U.S. Patent No. 8,156,158 ("the '158 patent", attached as Exhibit A) entitled "Method and System for Use of a Database of Personal Data Records" was duly and legally issued by the U.S. Patent and Trademark Office.   DatRec, LLC owns the '158 patent by assignment.

8.   The '158 patent relates to a novel and improved manner of constructing a verified database of identified individuals capable of processing with a subgroup of at least one medical application.

9.   EClinical maintains, operates, and administers electronic health records that infringes one or more claims of the '158 patent, including one or more of claims 1-23, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '158 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service.   Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

10. Support for the allegations of infringement may be found in the following preliminary table:

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| A method for using and managing a database, the method comprising: | Plaintiff contends that eClinicalWorks EHR provides a system and/or method for using and managing a database: |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| |  |

Attachment 1 (eClinicalWorks EHR (Webpage, 2020)) at 1.

[Source: https://www.youtube.com/watch?v=pK5mJGKdDc0 (at 0:44)]

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| providing a verified database of a plurality of identified individuals, the verified database comprising a plurality of individual-identifier data sets (IDSs) and relationship data; and | Plaintiff contends that a verified database of a plurality of identified individuals is provided which comprises a plurality of individual-identifier data sets (IDSs) and relationship data. The following exemplifies this limitation's existence in Accused Systems: <br><br>  <br><br> **Attachment 2 (The eClinicalWorks Grid Cloud (Webpage, 2020)) at 1.** <br><br> Note: PHR includes all the sections (Allergies, Problems List, Procedures, Medications, Immunization, Vitals, Social History, Family History, and Lab Diagnostics). <br><br> **Attachment 3 (Patient Portal Users Guide (2012)) at 40.** |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| |  |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| | **Attachment 3 (Patient Portal Users Guide (2012)) at 203 and 219.**<br><br>Other menu items, such as Social History, Family History, Demographics, and others, may be selected for use by the practice and added to the Questionnaires category. They are completed by the patient in the same manner as the example above.<br><br>**Attachment 3 (Patient Portal Users Guide (2012)) at 244.**<br><br><br><br>**Attachment 4 (Meaningful Use Stage 2 Users Guide (2014)) at 88.** |
| processing said verified database in accordance with one or more parameters or conditions selected in accordance with at least one medical application and creating a sub-group database including data records of the individuals from the verified database having said one or more selected | Plaintiff contends that the verified database is processed in accordance with one or more parameters or conditions selected in accordance with at least one medical application and a sub-group database is created (for example, filtering, sorting, etc.) including data records of the individuals from the verified database having said one or more selected parameters or conditions, thereby allowing collection of data comprising one or more selected parameters or conditions and delivery of at least part of the collected data to one or more users. Further, data from the verified database is applied to provide personalized medicine service to at least one of the identified individuals. The following exemplifies this limitation's existence in Accused Systems: |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| parameters or conditions, thereby allowing collection of data comprising one or more selected parameters or conditions and delivery of at least part of the collected data to one or more users and enable to apply data from said verified database to provide personalized medicine service to at least one of said identified individuals; | **Core 11: Patient Lists**<br><br>**Objective**<br><br>Generate lists of patients by specific conditions to use for quality improvement, reduction of disparities, research, or outreach.<br><br>**Measure**<br><br>Generate at least one report listing patients of the EP with a specific condition.<br><br>No denominator/numerator calculations are required for this measure.  This measure is reported through self-attestation.<br><br>Lists can be generated in the eClinicalWorks system using the Registry:<br><br><br><br>**Attachment 4 (Meaningful Use Stage 2 Users Guide (2014)) at 46.**<br><br><br><br>**Core 12: Preventive Care**<br><br>**Objective**<br><br>Use clinically relevant information to identify patients who should receive reminders for preventive/follow-up care and send these patients the reminders, per patient preference.<br><br>…<br><br>A follow-up, health maintenance, or preventive care letter from the Registry:<br><br><br><br>**Attachment 4 (Meaningful Use Stage 2 Users Guide (2014)) at 47 and 48.** |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
|  | <br><br>**Attachment 5 (Creating a Patient List for Asthma or COPD Patients in eClinicalWorks EHR (2019)) at 1 and 3.** |

| Exempl;ary Claim | eClinicalWorks EHR | |
|---|---|---|
| | ActX makes it practical to bring precision medicine into your practice. With ActX, genomic decision support is seamlessly integrated into the normal eClinicalWorks workflow. When a prescription is entered in eClinicalWorks, ActX automatically checks the drug in the background, letting you know if there may be issues with adverse reactions, efficacy, or dosing based on the patient's genetics. You will also receive clinical inbox alerts (via the L jellybean within the eClinicalWorks application) for actionable genomic risks, such as hereditary cancers. A full patient genomic profile is available in the chart. The ActX Service includes affordable patient DNA testing.<br><br>**Attachment 6 (Partners - Precision Medicine (Webpage, 2020)) at 1.** | |
| wherein said providing of the verified database comprises: permitting a plurality of individuals to enter individual-associated data bits (IDBS) into a computerized system, each of the IDBs comprising at least one personal identifier relating to the individual and relationship data comprising data on one or more related individuals and the | Plaintiff contends that a verified database of a plurality of identified individuals is provided which comprises a plurality of individual-identifier data sets (IDSs) and relationship data. A plurality of individuals is permitted to enter individual-associated data bits (IDBS) into a computerized system, each of the IDBs comprising at least one personal identifier relating to the individual and relationship data comprising data on one or more related individuals and the nature of relationship. The entered IDBs are processed to generate the IDS, one for each identified individual, being either said individual who has entered the individual-associated data bits or one of the related individuals and construct the verified database comprising IDSs of identified individuals. The following exemplifies this limitation's existence in Accused Systems: | |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| nature of relationship;<br><br>processing the entered IDBs to generate the IDS, one for each identified individual, being either said individual who has entered the individual-associated data bits or one of the related individuals and construct the verified database comprising IDSs of identified individuals. | <br><br>**Attachment 3 (Patient Portal Users Guide (2012)) at 203 and 219.**<br><br>**Note:** PHR includes all the sections (Allergies, Problems List, Procedures, Medications, Immunization, Vitals, Social History, Family History, and Lab Diagnostics).<br><br>**Attachment 3 (Patient Portal Users Guide (2012)) at 40.** |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| | <br><br>**...**<br><br>Other menu items, such as Social History, Family History, Demographics, and others, may be selected for use by the practice and added to the Questionnaires category. They are completed by the patient in the same manner as the example above.<br><br>**Attachment 3 (Patient Portal Users Guide (2012)) at 243 and 244.**<br><br>## Menu 4: Family Health History<br><br>**Enhanced Feature**<br><br>**Objective**<br>Record patient family health history as structured data. |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| | 

**Attachment 4 (Meaningful Use Stage 2 Users Guide (2014)) at 87 and 88.** |

| Exempl;ary Claim | eClinicalWorks EHR |
|---|---|
| | **Attachment 2 (The eClinicalWorks Grid Cloud (Webpage, 2020)) at 1.** |

These allegations of infringement are preliminary and are therefore subject to change.

11. eClinical has and continues to induce infringement. eClinical has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., question and answer services on the Internet] and related services that provide question and answer services across the Internet such as to cause infringement of one or more of claims 1–23 of the '158 patent, literally or under the doctrine of equivalents.  Moreover, eClinical has known of the '158 patent and the technology underlying it from at least the date of issuance of the patent.

12. eClinical has and continues to contributorily infringe. eClinical has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., question and answer services on the Internet] and related services that provide question and answer services across the Internet such as to cause infringement of one or more of claims 1–23 of the '158 patent, literally or under the doctrine of equivalents.  Moreover, eClinical has known of the '158 patent and the technology underlying it from at least the date of issuance of the patent.

13. EClinical has caused and will continue to cause DatRec damage by direct and indirect infringement of (including inducing infringement of) the claims of the '158 patent.

**IV.    JURY DEMAND**

DatRec hereby requests a trial by jury on issues so triable by right.

**V.    PRAYER FOR RELIEF**

WHEREFORE, DatRec prays for relief as follows:

a.   enter judgment that Defendant has infringed the claims of the '158 patent through eClinical.com, or a website linked thereto;

b.   award DatRec damages in an amount sufficient to compensate it for Defendant's infringement of the '158 patent in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c.   award DatRec an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d.   declare this case to be "exceptional" under 35 U.S.C. § 285 and award DatRec its attorneys' fees, expenses, and costs incurred in this action;

e.   declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f.   a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g.   award DatRec such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Ramey & Schwaller, LLP**

_____
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for DatRec, LLC***